Case 2:21-cr-00354-RAH-KFP   Document 354   Filed 01/29/25   Page 1 of 1

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

| | |
|---|---|
| United States of America <br> v. <br> Patricia Annette Milhouse <br><br> Date of Original Judgment: 06/05/2024 <br> Date of Previous Amended Judgment: <br> *(Use Date of Last Amended Judgment if Any)* | ) <br> ) Case No: 2:21cr354-RAH <br> ) USM No: 65264-509 <br> ) <br> ) Richard Keith <br> ) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Even setting aside the potential disqualification for receiving an adjustment under §3B1.1 (Aggravating Role) noted at USSG §4C1.1(a)(10), the defendant is still not due relief as the sentence she received pursuant to a binding 11(c)(1)(C) plea agreement is less than the minimum of the amended guideline range of 96 months. According to USSG §1B1.10(b)(2), the court shall not reduce the defendant's term of imprisonment under 18 USC §3582(c)(2) to a term less than the minimum range but for substantial assistance.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 01/29/2025

*Judge's signature*

Effective Date: _____
*(if different from order date)*

R. Austin Huffaker, Jr., U.S. District Judge
*Printed name and title*